# Court of Appeals
# of the State of Georgia

ATLANTA,___May 29, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1659.  DEIDRE GOODWIN v. DEKALB COUNTY, GEORGIA.**

Deidre Goodwin brought this tort action against DeKalb County, DeKalb County Marshal's Office, and Southern REO Associates, LLC.  The trial court dismissed the claims against the county defendants, and Goodwin filed this direct appeal.  We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment.  In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b).  Where neither of these code sections are followed, the appeal is premature and must be dismissed." (Citations and punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  Because it appears that claims remain pending below against Southern REO Associates, LLC, this appeal is premature and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/29/2014_____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*